IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-HC-2136-H

| | |
|---|---|
| MATTHEW GALE, | )<br>) |
| Petitioner, | )<br>)<br>) |
| v. | )<br>)<br>) |
| RICKY ANDERSON, | )    **ORDER**<br>) |
| Respondent. | )<br>)<br>)<br>)<br>) |

Presently before the court is plaintiff Matthew Gale's motion for certificate of appealability, filed on October 9, 2009. On March 22, 2010, the Fourth Circuit addressed and denied plaintiff's motion for certificate of appealability. Accordingly, this motion is DENIED as moot. The Clerk of Court is DIRECTED to close this case.

This the 3rd day of June 2010.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
HBB